FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 2 2 2010

JAMES N. HATTEN, Clerk
By: _____
                    Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA          :
                                  :
          v.                      :
                                  :      CRIMINAL INFORMATION
TYRONE BOYD                       :
                                  :      No. 1:10-CR-488
                                  :
                                  :

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One – Theft of Public Money

1.    Beginning in or about January 2010 and continuing through in or about March 2010, in the Northern District of Georgia, defendant TYRONE BOYD did unlawfully, willfully and knowingly steal, purloin, and convert to his own use, and the use of another, vouchers, money and things of value of the United States, the value of which exceeded the sum of $1,000; to wit, defendant TYRONE BOYD, without authority, obtained from K.K. identification documents of United States military servicemembers, and transferred said documents to L.M. for the purpose of filing fraudulent federal income tax returns in the servicemembers' names and sharing any and all tax refunds fraudulently obtained through this scheme with K.K.

and L.M., among others, all in violation of Title 18, United States Code, Sections 641 and 2.

### Count Two -- Aggravated Identity Theft

In or about February 2010, in the Northern District of Georgia, defendant TYRONE BOYD, during and in relation to the offense of theft of public money alleged in Count One, knowingly possessed and transferred, without lawful authority, a means of identification of another person; to wit, photocopies of the Georgia driver's license and Social Security Card of C.C., in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

### FORFEITURE PROVISION

This indictment charges the defendant, TYRONE BOYD, with violations of Title 18, United States Code, Sections 641 and 1028. Pursuant to Title 18, United States Code, Section 982(a)(2)(A), Title 18, United States Code, Section 1028(b)(5), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of any such violation of Title 18, United States Code, Sections 641 and 1028, defendant TYRONE BOYD shall forfeit to the United States (1) any property constituting, or derived from, proceeds obtained, directly or indirectly, as a

result of such violation(s); and (2) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

Further, if any of the property described as being subject to forfeiture, as a result of any act or omission of the defendant;

    (a)   cannot be located upon the exercise of due diligence;

    (b)   has been transferred or sold to, or deposited with, a third person;

    (c)   has been placed beyond the jurisdiction of this Court;

    (d)   has been substantially diminished in value; or

    (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United

States Code, Sections 982(b)(1) and 1028(g), to seek forfeiture of any other property of defendant TYRONE BOYD.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

BRIAN M. PEARCE
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000
Georgia Bar No. 568768